IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

VANESSA REYNOLDS                                                                                       PLAINTIFF

v.                                              4:06CV01302 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration[1]                                                                             DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 23rd day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue was sworn in as the Commissioner of Social Security on February 12, 2007. He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P. 25(d)(1).